UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X Case No. 12-cv-03578-JFB-ETB

GINA BEECHAY,

                     Plaintiff,                     STIPULATION OF
      -against-                                  VOLUNTARY DISMISSAL

FULTON FREIDMAN & GULLACE, LLP.,

                     Defendant.
---------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 21 2013 ★
LONG ISLAND OFFICE

The Parties, by and through their attorneys, hereby consent to the dismissal of the above-entitled action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without costs or fees. The class claims are dismissed without prejudice.

Dated: March 20, 2013.        *The Clerk of the Court shall close the case.*

                                       Dated: Central Islip, New York
                                                March 21  2013.

                                                SO ORDERED:

                                                HON. JOSEPH F. BIANCO, U.S.D.J.

/s/ Novlette R. Kidd                      /s/ Jason P. Verhagen
NOVLETTE R. KIDD, ESQ.               JASON P. VERHAGEN, ESQ.
FAGENSON & PUGLISI                 FULTON FRIEDMAN & GULLACE, LLP.
Attorneys for Plaintiff                     28 E. Main Street, Suite 500
450 Seventh Avenue, Suite 704       Rochester, New York 14614
New York, New York 10123            Tel.:(585)563-9713
Tel.:(212)268-2128                         Jason@fultonfriedman.com
Nkidd@fagensonpuglisi.com